Arthur RODGERS, Plaintiff–Appellant,

v.

Bobby SHEARIN; Sergeant Sires; Officer Stevens; Lieutenant Wilt; Officer Mallow; Officer Raley; Greg Flury, Physician's Assistant, Defendants–Appellees.

No. 13–6500.

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 23, 2013.

Arthur Rodgers, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland; Michelle Jacquelyn Marzullo, Richard P. Seitz, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland, for Appellees.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Rodgers appeals the district court's order granting Defendants' motions for summary judgment and denying relief on Rodgers' 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rodgers v. Shearin,* No.

1:11–cv–01585–CCB, 2013 WL 1190788 (D.Md. Mar. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*